# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-50199
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2025

Lyle W. Cayce
Clerk

SPILLMAN RANCH HOMES, L.P.,

*Plaintiff—Appellee*,

*versus*

MISCHA ADORARE,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-171

————————————————————

Before DENNIS, ENGELHARDT, and WILSON, *Circuit Judges*.
PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.